UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER: 13 |
| BEVERLY TYLER, | BANKRUPTCY NO. 15-12776 |
| Debtor | |

## ORDER

AND NOW, to wit, this 25th day of February, 2016 upon consideration of Debtor's Motion for Authority to Purchase Vehicle/Incur Debt, and any response filed thereto, it is hereby, **ORDERED**:

a. That the Debtor's motion for Authority to Purchase Vehicle/Incur Debt is granted;

b. The Debtor is permitted to obtain financing to purchase a replacement vehicle from CAITLIN Chrysler Dodge Jeep Ram for a 2016 Chrysler 200 UFCH41 4 Door Sedan, or any other vehicle, with a down-payment of $2,000.00 and seventy two (72) monthly payments of $488.57, or other similar general payment terms and conditions;

c. The Debtor is permitted to obtain financing to purchase a replacement vehicle for any vehicle financed by any party, on the same general terms and conditions as provided in paragraph b.

Honorable Jean K. Fitzsimon