### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Beverly Jean Tyler aka Beverly Jean Tyler-Coleman<br>    Debtor<br>-------------------------------------------------<br>Carisbrook Asset Holding Trust<br>Creditor/Movant<br>v.<br>Beverly Jean Tyler aka Beverly Jean Tyler-Coleman<br>    Respondent | Chapter: 13<br><br>Bankruptcy Case: 15-12776-ELF |

### ORDER APPROVING STIPULATION/CONSENT ORDER

AND NOW, this _____ day of _____, 2019, upon consideration of the Stipulation between Debtor and Carisbrook Asset Holding Trust, it is hereby

ORDERED and DECREED that the Stipulation is APPROVED and made an Order of the Court; and it is

FURTHER ORDERED and DECREED that Movant (and any assignee/successor-in-interest), pursuant to the terms of the Stipulation, may proceed with enforcement of all rights Movant has under state and federal law concerning the property located at 633 Highland Ave, Jenkintown, PA 19046; and it is

FURTHER ORDERED and DECREED that the automatic stay under 11 USC §362 is not in effect as to the Property only.

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE

STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
THE SHOPS AT VALLEY SQUARE
WARRINGTON, PA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025
(COUNSEL FOR MOVANT)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Beverly Jean Tyler aka Beverly Jean Tyler-Coleman<br>    Debtor<br>---<br>Carisbrook Asset Holding Trust<br>Creditor/Movant<br>v.<br>Beverly Jean Tyler aka Beverly Jean Tyler-Coleman<br>    Respondent | Chapter: 13<br><br>Bankruptcy Case: 15-12776-ELF |

## CONSENT ORDER/STIPULATION
## SETTLING MOTION FOR RELIEF FROM AUTOMATIC STAY

AND NOW, this _____ day of _____, 2019, upon the Motion of Carisbrook Asset Holding Trust, or its successor in interest (hereinafter "Creditor"), through its Counsel, Stern & Eisenberg PC, under 11 U.S.C. § 362(d) (and § 1301) for relief from the automatic stay as to Debtor's real property located at *633 Highland Ave, Jenkintown, PA 19046* (hereinafter, the "Property"), and the parties agreeing to the entry of the Order settling the Motion for Relief and for cause shown, it is hereby ORDERED AND DECREED as follows:

1. On November 6, 2009, Beverly Jean Tyler ("Debtor") signed a Note and Mortgage Agreement in the principal sum of $308,327.00 evidencing a loan from Bank of America, N.A. in the same amount, secured by the real property located at 633 Highland Ave, Jenkintown, PA 19046 (hereinafter, the "Property") evidenced by the mortgage recorded with the Montgomery County Recorder of Deeds as Doc ID: 2009120792 (the "Mortgage").

2. Debtor filed the instant bankruptcy action on April 22, 2015.

3. On July 29, 2019, Creditor filed a Motion for Relief pursuant to 11 U.S.C. § 362(d) (and § 1301), and Debtor filed a response thereto on August 08, 2019.

4. Debtor now agrees that the automatic stay provision pursuant to 11 USC §362 is not in effect as to the Property only.

5. In exchange from immediate relief from the automatic stay, Creditor agrees to a 90-day moratorium on any state foreclosure proceedings against Debtor or the Property from the date this Stipulation is entered on the docket.

6. Facsimile signatures shall be as valid as original signatures and this Consent Order/Stipulation may

be signed in counterparts.

By signing this Stipulation/Consent Order, Debtor's Counsel represents that Debtor is familiar with and understand the terms of the Stipulation/Consent Order and agree to said terms regardless of whether Debtor has actually signed said stipulation. Seen and agreed by the parties on the date set forth below:

/s/Daniel P. Jones, Esq.
Daniel P. Jones, Esq.
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Telephone: (215) 572-8111
Email: djones@sterneisenberg.com
Counsel for Creditor
Date: September 25, 2019

Clair M. Stewart
100 S. Broad Street
Suite 1523
Philadelphia, PA 19110
Telephone: 215-564-5150
clairstewart@cstewartlaw.com
Counsel for Debtor(s)

Date: 9/26/19

William C. Miller, Esq.
P.O. Box 1229
Philadelphia, PA 19105
Telephone 215-627-1377
Fax: 215-627-6299
Email: elf@ph13trustee.com
Date:

NO OBJECTION
*without prejudice to any trustee rights and remedies.