B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
Eastern District of Pennsylvania

| | |
|---|---|
| IN RE: | : |
| BEVERLY JEAN TYLER | : |
| | : Case No. 15-12776-elf |
| | : Chapter 13 |
| Debtor(s) | : |
| | : |

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Carisbrook Asset Holding Trust | Kingamead Asset Holding Trust |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent:<br><br>RoundPoint Mortgage Servicing Corporation<br>5016 Parkway Plaza Blvd.,Buildings 6 & 8<br>Charlotte, NC  28217 | Court Claim # (if known):  6<br><br>Amount of Claim: $348,782.50<br><br>Date Claim Filed:  09/13/2015 |
| Phone: 877-426-8805 | Phone: 877-426-8805 |
| Last Four Digits of Acct #: XXXXXX3599 | Last Four Digits of Acct. #: XXXXXX3599 |
| Name and Address where transferee payments should be sent (if different from above):<br><br>RoundPoint Mortgage Servicing Corporation<br>PO BOX 19409,<br>Charlotte, NC    28219-9409 | |
| Phone: 877-426-8805 | |
| Last Four Digits of Acct #: XXXXXX3599 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ Daniel Jones                                      Date:  October 2, 2019
         Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

## Certificate of Service

I hereby certify that a copy of the foregoing Transfer of Claim was served on the parties listed below by electronic means via the Court's CM/ECF notification system on this date October 2, 2019.

Clair M. Stewart
100 S. Broad Street
Suite 1523
Philadelphia, PA 19110
clairstewart@cstewartlaw.com
*Attorney for Debtor*

William C. Miller, Esq.
P.O. Box 1229
Philadelphia, PA 19105
wcmiller@ramapo.com
*Chapter13 Trustee*

And by standard first class mail postage prepaid to:

Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106
U.S. Trustee

Beverly Jean Tyler
633 Highland Avenue
Jenkintown, PA 19046
*Debtors*

Respectfully submitted,

*/s/ Daniel Jones*_____
 Daniel Jones   (Bar No.  321876)
 Stern & Eisenberg, PC
 1581 Main Street, Suite 200
 The Shops at Valley Square
 Warrington, PA 18976
 djones@sterneisenberg.com
 Phone:(215) 572-8111
 Fax:(215) 572-5025
 Attorney for Secured Creditor

PA201900000771