**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____
                                         :
**In re:**                                       :        **CHAPTER: 13**
                                         :
**BEVERLY TYLER ,**                 :        **BANKRUPTCY NO. 15-12776**
                                         :
                 **Debtor**               :
_____ :

**DEBTOR BEVERLY TYLER'S RESPONSE TO CHAPTER 13**
**STANDING TRUSTEE'S MOTION FOR DISMISSAL**

Debtor Beverly Tyler, by and through her attorney, Clair M. Stewart, Esquire, hereby responds to Movant, Chapter 13 Standing Trustee's, Motion for Dismissal and in support thereof avers as follows:

1. Denied. The averments in paragraph 1 contain conclusions of law to which no response is required. To further respond, Debtor has brought or will bring all trustee payments current.
2. Denied. The averments in paragraph 1 contain conclusions of law to which no response is required.
3. Denied. The averments in paragraph 1 contain conclusions of law to which no response is required.

    WHEREFORE, the Debtor respectfully requests that this Honorable Court enter an order denying Movant's Motion for Dismissal.

Dated: June 28, 2020                          /s/ Clair M. Stewart
                                                      Clair M. Stewart, Esquire
                                                      100 S. Broad Street #1523
                                                      Philadelphia, PA 19102
                                                      215-564-5150 (phone)
                                                      215-405-8055 (fax)
                                                      clairstewart@cstewartlaw.com